

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Nico Burrell* et al.,
           S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter to request that the Court schedule a conference on December 22, 2016, at 11 a.m., for the defendant Michael Redley. The Government understands from Your Honor's law clerk that this date and time are available on the Court's calendar.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                By:   /s/_____
                      Rachel Maimin
                      Micah W.J. Smith
                      Hagan Scotten
                      Jessica Feinstein
                      Drew Johnson-Skinner
                      Assistant United States Attorneys
                      (212) 637-2460

cc: Florian Miedel, Esq.